IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Richard Manigault,<br><br>                        Plaintiff,<br><br>vs.<br><br>Albert Housey, Lieutenant; Ryan Grant, Corporal; Dustin Crosby, Officer; Gary Eichelberger, Major; Valerie Jackson, Captain/Disciplinary Hearing Officer; Levern Cohen, Warden,<br><br>                        Defendants. | C/A No. 0:15-4647-JFA<br><br>**ORDER** |

On March 30, 2018, the Fourth Circuit dismissed Richard Manigault's (Plaintiff) appeal and remanded the matter back to the district court with instructions to allow Plaintiff leave to amend his complaint against defendants Eichelberger, Jackson, and Cohen. *See Manigault v. Housey,* 716 F. App'x 239 (4th Cir. 2018). The Fourth Circuit's mandate was issued on May 15, 2018. (ECF No. 151).

Pursuant to the Fourth Circuit's decision, this court issued an order on May 21, 2018, allowing Richard Manigault (Plaintiff) thirty (30) days to file an amended complaint against defendants Eichelberger, Jackson, and Cohen. (ECF No. 153). Plaintiff has failed to file an amended complaint. Therefore, this court dismisses this case with prejudice.

IT IS SO ORDERED.

July 3, 2018
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge